IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01889-MSK-MEH

BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, a Division of the Rail Conference of the International Brotherhood of Teamsters,

      Plaintiff/Petitioner,

v.

BNSF RAILWAY COMPANY,
UNITED TRANSPORTATION UNION,
GENERAL COMMITTEE OF ADJUSTMENT GO-245 of the UNITED TRANSPORTATION UNION, and
GENERAL COMMITTEE OF ADJUSTMENT GO-009 of the UNITED TRANSPORTATION UNION,

      Defendants/Respondents.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 11th day of September, 2007.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge