UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01889-JLK

BROTHERHOOD OF LOCOMOTIVE ENGINEERS
and TRAINMEN, a Division of the Rail
Conference of the International Brotherhood of Teamsters,
*Petitioner*,

v.

BNSF RAILWAY COMPANY, *et al.*,
*Respondents*.

## ORDER OF DISMISSAL

Upon review of a Stipulation filed by petitioner Brotherhood of Locomotive Engineers and Trainmen (BLET), a Division of the Rail Conference of the International Brotherhood of Teamsters (IBT), and respondents BNSF Railway Company, United Transportation Union (UTU), UTU General Committee of Adjustment GO-245, and UTU General Committee of Adjustment GO-009, stipulating pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., that the above captioned action be dismissed with prejudice, with each party to bear its own costs, it is this 4 day of January, 2008,

***ORDERED***, that the case be DISMISSED with prejudice, with each party to bear its own costs.

John L. Kane
United States District Judge